UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 11, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>ROZALIN SLADE,  )<br>  )<br>Defendant.  ) | Case No. CR S-05-0316 WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROZALIN SLADE__, Case No. __CR S-05-0316 WBS__, Charge __Title 18 USC §§ 1708, 1029, 1028__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✓ Bail Posted in the Sum of $ __15,000 Secured bond__

    __ Unsecured Appearance Bond $ _____

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✓ (Other) __weekly random drug testing__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 11, 2005__ at __2:31 pm__.

By _____
Peter A. Nowinski
United States Magistrate Judge

Original - U.S. Marshal