```
Jeffrey S. Kravitz (SBN 186209)
THE COCHRAN FIRM
2310 J. Street, Suite A
Sacramento, CA 95816
Ph:  916-553-4072
Fax: 916-553-4074

Attorney for Defendant
ROZALIN SLADE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S. 05-316 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE DATE AND** |
| ROZALIN SLADE, | ) | **EXCLUDE TIME** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Rozalin Slade, by and through her counsel, Jeffrey S. Kravitz, and the United States, by and through its counsel, United States Attorney McGregor W. Scott and Assistant United States Attorney Ellen V. Endrizzi, do hereby stipulate to and request that this Court continue the status conference currently set in this case for October 5, 2005 at 9:00 a.m. until November 2, 2005 at 9:00 a.m.

    The reason for this request is that the parties are currently engaged in serious and substantial plea negotiations. The United States has presented a written plea offer that Mr. Kravitz needs to discuss with Ms. Slade.  It is also counsel' understanding that the Court is unavailable on October 19, 2005.

It is further requested that time be excluded under Local Rule T4, 18 U.S.C. § 3161(h)(8)(B)(iv), through and including November 2, 2005 for the purpose of attorney preparation.

Dated: October 4, 2005         By:     /s/
                                       Jeffrey Kravitz
                                       Attorney for Defendant

Dated: October 4, 2005                 McGregor W. Scott
                                       United States Attorney

                               By:     /s/
                                       Ellen Endrizzi
                                       Assistant U.S. Attorney

## **O R D E R**

The status conference is continued until November 2, 2005, at 9:00 a.m.  Time is hereby extended pursuant to Rule 5.1 and excluded under the Speedy Trial Act through and including that date for good cause shown for the reasons stated above.

IT IS SO ORDERED.

Dated: October 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE