MCGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROZALIN SLADE,<br><br>　　　　Defendant. | No. CR S 05-316 WBS<br><br>**ORDER EXCLUDING TIME** |

　　Defendant Rozalin Slade seeks an order excluding time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4 from November 2, 2005 through and including December 7, 2005, for the purpose of defense counsel preparation.  The parties are negotiating a disposition of the case and time is necessary to prepare and discuss the plea offer.  The Government joins in the request for exclusion of time.  Both parties believe good cause has been shown to exclude time, taking into consideration the public interest in the prompt

///

///

1

disposition of criminal cases.

Dated: November 2, 2005

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                           By: /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney


                                        THE COCHRAN FIRM

                           By: /s/ Jeffrey Kravitz
                                per oral authority

                                        2310 J Street, Suite A
                                        Sacramento, CA 95816
                                        (916) 553-4072

                                        Attorney for Defendant
                                        Rozalin Slade


## **O R D E R**

    Good cause having been shown, time is excluded in Case No. 05-316 WBS from November 2, 2005 through and including December 7, 2005, for defense counsel preparation and continuing plea negotiation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4.

    IT IS SO ORDERED.


Dated: November 3, 2005     /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
                                    Senior United States District Judge