UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Rozalin Slade             **Docket No. CRS 05-0316-WBS**

**COMES NOW** Jacob M. Scott, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Rozalin Slade, who was placed on bond by the Honorable Peter A. Nowinski, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 11th day of August, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1708 - Possession of Stolen Mail; 18:1029(a)(2) - Fraud by Access Device; 18:1028(a)(7) - Identity Theft (2 counts)

**BOND CONDITIONS:** $15,000 secured bond with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 25, 2005, Ms. Slade failed to appear for a scheduled counseling appointment. The defendant also failed to drug test on the following dates: November 1, 4, 7, 10, 22, and 26; and December 2 and 6, 2005. Additionally, on November 8 and 9, 2005, Pretrial Services Officer Lydia Serrano attempted to contact the defendant, and she failed to contact Pretrial Services. On November 17, 2005, the defendant failed to report as directed. Additionally, Ms. Slade failed to appear for a status conference hearing before U.S. District Court Judge Shubb on December 7, 2005. Pretrial Services' last contact with the defendant was November 11, 2005, and Ms. Slade's whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for the arrest of the said defendant.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services

**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                              Respectfully submitted,

                                                              /s/ Jacob M. Scott
                                                              Jacob M. Scott
                                                              Pretrial Services Officer
                                                              DATE: December 9, 2005

## *ORDER*

XXXX    The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ No Bail.

_____    The Court hereby orders this ex parte motion and order be sealed.

_____    The Court orders a summons be issued with an appearance date of _____.

_____    The Court hereby orders this matter placed on this Court's calendar on _____, at ____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____    The Court orders no action be taken.         Considered and ordered this 9th day of
                                                                                December, 2005, and ordered filed and
                                                                                made a part of the records in the above case.

                                                                                _____
                                                                                UNITED STATES MAGISTRATE JUDGE

**Bond Conditions:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released the third-party custody of Rosanna and Sargon Sheikhani;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer at least one time a week;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer; and

10. You shall resolve all traffic violations within 90 days and show proof of progress to Pretrial Services.

**Chronology of Events:**

On September 23, 2005, Ms. Slade appeared before U.S. Magistrate Judge Gregory G. Hollows, for a bail violation hearing. The violation report alleged the defendant failed to appear for three required drug tests, two required drug counseling sessions, a status conference set for August 31, 2005; and, the defendant's whereabouts were unknown for three days.  At the time, the Court admonished the defendant stating if she cares about her children she will not violate pretrial release again.  The Court again released the defendant on pretrial supervision.