# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ROZALIN SLADE**<br>**(aka Rozalin Shiekhani)** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:05CR00316-01**<br><br>Dennis Waks, Assistant Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1, 2 and 3  as alleged in the violation petition filed on 7/5/2007 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Notify the Probation Officer Ten Days Prior to Any Change in Residence | June 2007 |
| 2 | Failure to Participate in a Correctional Treatment Program to Obtain Assistance for Drug or Alcohol Abuse | 5/7/2007, 6/5/2007 and 6/26/2007 |
| 3 | Failure to Participate in a Program of Testing | 5/25/2007, 6/5/2007, 6/14/2007 and 6/18/2007 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 4/25/2006 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) _____ is/are dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 19, 2007
Date of Imposition of Judgment

*/s/ William B. Shubb*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

December 5, 2007
Date

CASE NUMBER:      2:05CR00316-01     Judgment - Page 2 of 2
DEFENDANT:        ROZALIN SLADE; aka Rozalin Shiekhani

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  twenty-four (24 months).

[✔]  The court makes the following recommendations to the Bureau of Prisons:  The Court recommends that the defendant participate in the Bureau of Prison's 500-Hour Drug and Alcohol Treatment Program at FCI Phoenix, but only insofar as such recommendation accords with defendant's security classification and space availability.
The Court **further orders** that the Bureau of Prisons notify the Court immediately if the defendant is not admitted into the 500-Hour Drug and Alcohol Treatment Program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _____ on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

 

                                                                                  UNITED STATES MARSHAL

                                              By _____
                                                               Deputy U.S. Marshal